# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JEREMY DONALD WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-cv-12909-JEK |
| | ) | |
| JASCHA FRANKLIN HODGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**KOBICK, J.**

On March 15, 2024, the Court granted plaintiff Jeremy Donald Watson's motion for leave to proceed *in forma pauperis* and advised him that his complaint may be subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2). *See* ECF 5. The Court granted Watson leave to file an amended complaint curing the pleading deficiencies on or before April 12, 2024. *Id.* Watson filed a timely response, but his response did not include an amended complaint, as required by the Court's Memorandum and Order. ECF 8. By Order dated May 15, 2024, the Court advised Watson that if he wishes to proceed with this action, he must, on or before June 7, 2024, file an amended complaint that sets forth a plausible claim upon which relief may be granted. ECF 9. A copy of the Court's May 15 Order was mailed to Watson at the Middlesex Jail and House of Correction, as well as to Watson at the two residential addresses identified in his complaint. ECF 10, 12.

An envelope with the Court's May 15 Order was returned to the Court as undeliverable on May 22, 2024. ECF 11. The envelope of the returned mail includes the notation "UTF," indicating that the letter was unable to be forwarded and undeliverable to Watson at the Middlesex Jail. *Id.* Watson has not informed the Court of any new address, beyond the address at the Middlesex Jail

and the two residential addresses listed in his complaint. *See* District of Massachusetts Local Rule 83.5.5(h) (requiring *pro se* litigants to inform the clerk of any change of address within fourteen days of the change).

District courts have inherent power to dismiss cases for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) (noting that "[t]he authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted"). Given that Watson has not informed the Court of any change of address, as required by Local Rule 83.5.5(h); has not filed an amended complaint that states a claim upon which relief may be granted; and has not taken any further action in this case, the Court DISMISSES this case without prejudice. The Clerk shall enter a separate order of dismissal.

SO ORDERED.

/s/ Julia E. Kobick
Julia E. Kobick
United States District Judge

Dated: July 23, 2024